LOUIS R. BLAZIC, PLAINTIFF-PETITIONER, v. PENNSYL-
VANIA RAILROAD CO., DEFENDANT-RESPONDENT.

*Mr. Abraham Frankel* for the petitioner.

May 13, 1963.  Denied.

RAY PARKER, ADMINISTRATOR, PLAINTIFF-PETITIONER,
v. SAMUEL L. GOLDSTEIN, DEFENDANT, AND HARRY
BOFFMAN, DEFENDANT-RESPONDENT.

See same case below: 78 *N. J. Super.* 472.

*Messrs. Balk and Jacobs* and *Mr. Frederick C. Vonhof* for
the petitioner.

*Messrs. Gaffey and Webb, Mr. Samuel P. Orlando* and *Mr.
Aaron Dines* for the respondent.

May 13, 1963.  Denied.